# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SPRINGHILL AVENUE UNITED METHODIST CHURCH, INC.,** | ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| v. | ) ) | Case No. 02-CV-2024-901345.00 |
| **LLOYD'S OF LONDON, LLOYD'S MARKET ASSOCIATION, THE CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, NATIONS ROOF GULF COAST, LLC, A, B, C, and D,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### AFFIDAVIT OF STEVE KIRVAN

Before me, the undersigned notary public, personally appeared Steve Kirvan, who being duly sworn, does hereby depose and state that the following matters, facts, and things set forth are true and correct to the best of his / her knowledge:

1. My name is Steve Kirvan. I am over the age of 21 years, of sound mind, and competent to make this affidavit. The information in this affidavit is based upon my personal knowledge.

2. I am a Project Manager for Corporation Service Company, Inc. (CSC).

3. CSC has been the registered agent for Nations Roof Gulf Coast, LLC in Alabama since at least 2016.

4. Since 2017, CSC's street and mailing address in Alabama has been 641 South Lawrence Street, Montgomery, Alabama 36104.

5. Prior to that, CSC's former street and mailing address in Alabama was 150 South Perry Street, Montgomery, Alabama 36104.

6. Documents mailed to CSC's former address in 2024 no longer forward to its current address.

7. The Certified Mail Return Receipt attached as Exhibit 1 purports to be confirmation of delivery of a complaint upon CSC, as registered agent for Nations Roof, at its former address of 150 South Perry Street, Montgomery, Alabama 36104.

8. The Certified Mail Return Receipt at Exhibit 1 also appears to have been signed by Chad Cagle on or about May 31, 2024. Chad Cagle was not an agent, employee, or representative of CSC on or about May 31, 2024.

9. CSC was not served with a copy of the complaint and summons in this action on behalf of Nations Roof.

2

Further the Affiant sayeth not.

_____
Steve Kirvan

10/7/2024
_____
Date

STATE OF DELAWARE      )
                       )
NEW CASTLE COUNTY      )

SUBSCRIBED AND SWORN TO before me in my presence, on this the **7th** day of **October**, 2024.

MICHELE L ABBOTT
Notary Public,
State of Delaware
Commission Expires July 10, 2026

_Michele L. Abbott_
NOTARY PUBLIC

My Commission Expires:
07/10/2026

3

# EXHIBIT 1

![USPS Logo] UNITED STATES POSTAL SERVICE

May 31, 2024

Dear Circuit Clerk:

**UJS Information**

Case Number: 02-CV-2024-901345.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:
NATIONS ROOF GULF COAST, LLC  (D001)
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4102 2400 0811 46**.

| Item Details | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | May 31, 2024, 5:18 am |
| **Location:** | MONTGOMERY, AL 36102 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

**Recipient Signature**

Signature of Recipient: *[signature: Chad Cagle]*
Printed Name: Chad Cagle

Address of Recipient: *[handwritten: PO Box 20164, 150 S. Perry]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004