# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SPRINGHILL AVENUE UNITED METHODIST CHURCH, INC.,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 24-00375-KD-B<br>)<br>) |
| **LLOYD'S OF LONDON, et al.,** | )<br>) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated January 10, 2025, (Doc. 14), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff Springhill Avenue United Methodist Church, Inc.'s motion to remand and request for costs, expenses, and attorney's fees pursuant to 28 U.S.C. § 1447, (Doc. 5), is **DENIED**.

**DONE** and **ORDERED** this **30th** day of **January 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**