# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SPRINGHILL AVENUE UNITED METHODIST CHURCH, INC., | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **CIVIL ACTION NO. 24-00375** |
| LLOYD'S OF LONDON, et al., | ) ) | |
| **Defendants.** | ) | |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiff Springhill Avenue United Methodist Church, Inc. ("Plaintiff") and Defendant Lloyd's of London ("Defendant") jointly move this Court to enter proposed Protective Order attached hereto as Exhibit A. The Plaintiff and Defendant respectfully submit that the proposed Protective Order is needed to govern the production of certain confidential and proprietary information, documents, material, and/or testimony that may be disclosed by the parties and/or non-parties in this case. In support of this motion, the Plaintiff and Defendant jointly state as follows:

The discovery that will be sought by the parties in this case is likely to involve the production of documents and testimony concerning, among other things, (i) confidential and proprietary business information relating to the planning, development, design, construction, marketing, and sales of a real estate project in a highly competitive industry and geographic location; (ii) personal and confidential

60888709 v2

information of individual parties, and the employees, representatives, or agents of the parties; (iii) confidential financial and proprietary business information and/or personal information of a sensitive nature about the parties, employees, agents, or representatives of a party, or a non-party (or of another person which information a party or non-party may be under a legal or other duty to maintain in confidence), (iv) other general confidential financial, business, and proprietary information about the entities and persons who are parties to this case that is non-public and sensitive, and/or (v) the potential disclosure and production of confidential electronic information that should be protected from public disclosure and access under applicable law and/or for other privacy considerations and/or public policy reasons.

WHEREFORE, the parties respectfully request that the Court enter the attached Protective Order.

    /s/Jonathon R. Law
JONATHON R. LAW (LAW039)
DANIELL, UPTON, ANDERSON,
LAW & BUSBY, P.C.
Attorney for Plaintiff
30421 Highway 181
Daphne, AL 36527
jrl@dupm.com
(251) 625-0046
(251) 625-0464

/s/ Jake W. Holliday
Signed with Permission
WOOD SMITH HENNING & BERMAN, LLP
Attorney for Defendant
2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209
659-225-3066

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, a copy of the above and foregoing has been served upon counsel for all parties by electronic mail or by placing same in the United States mail, properly addressed and postage prepaid, as follows, and/or via the Court's electronic filing system:


**WOOD, SMITH, HENNING & BERMAN LLP**
Collen V. McCaffrey
Joseph Aguirre
1230 Peachtree Street, Suite 2350
Atlanta, GA  30309


/s/Jonathon R. Law_____
JONATHON R. LAW