# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SPRINGHILL AVENUE UNITED METHODIST CHURCH, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NATIONS ROOF GULF COAST, LLC, et al., | ) ) ) | Case No. 1:24-cv-00375-KD-B |
| Defendants, | ) ) ) | |
| v. | ) ) | |
| ROOF US, LLC, et al., | ) ) ) | |
| Third-Party Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order at ECF No. 52, Nations Roof Gulf Coast, LLC, Roof US, LLC, and Roof US Roofing & Restoration, LLC (collectively, the "Parties") submit this Joint Status Report.

The third-party claims asserted against Roof US, LLC and Roof US Roofing & Restoration, LLC have been submitted to arbitration before Arbitrator Jarrod White. The arbitration is ongoing, and the Parties are currently engaged in written discovery. Arbitrator White has entered an amended scheduling order governing the

arbitration proceedings, which provides that the final arbitration hearing on all claims is scheduled to begin on August 24, 2026, and is expected to last three days.

Respectfully submitted this the 4th day of February, 2026.

/s/ Jorge A. Solis
Jorge A. Solis (ASB-2144-A14T)
Katherine T. Powell (ASB-1047-H60T)
Chatham M. DeProspo (ASB-1108-T88G)
BUTLER SNOW LLP
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 297-2200
Jorge.Solis@butlersnow.com
Katie.Powell@butlersnow.com
Chatham.DeProspo@butlersnow.com

*Counsel for Nations Roof Gulf Coast, LLC*
(*Defendant/Third-Party Plaintiff*)

/s/ Donald C. Partridge
(*with express permission*)
Donald C. Partridge
MARON MARVEL BRADLEY ANDERSON &
TARDY LLC
1111 Dauphin Street
Mobile, Alabama 36604
(601) 812-6630
dpartridge@maronmarvel.com

*Counsel for Roof US, LLC and*
*Roof US Roofing & Restoration, LLC*
(*Third-Party Defendant*)

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all parties to this action by e-file using the Court's CM/ECF system, electronic mail and/or by depositing a copy of the same in the U.S. Mail, first-class postage prepaid and properly addressed as follows:

Jonathan R. Law
DANIEL, UPTON, ANDERSON,
LAW & BUSBY, P.C.
30421 State Highway 181
Daphne, Alabama 36527
JRL@dupm.com

Gregory E. Vaughan
VAUGHAN, POE, & BISHOP, LLC
507 Church Street
Mobile, Alabama 36602
greg@vaughanpoe.com

*Counsel for Springhill Avenue United Methodist Church* (*Plaintiff*)

Donald C. Partridge
MARON MARVEL BRADLEY ANDERSON
& TARDY, LLC
1111 Dauphin Street
Mobile, Alabama 36604
dpartridge@maronmarvel.com

*Counsel for Roof US, LLC and Roof US Roofing & Restoration, LLC* (*Third-Party Defendants*)

Joseph Aguirre
WOOD, SMITH, HENNING
& BERMAN LLP
1230 Peachtree Street, Suite 2350
Atlanta, Georgia 30309
jaguirre@wshblaw.com

*Counsel for Lloyd's of London* (*Defendant*)

Done this the 4th day of February, 2026.

/s/ Jorge A. Solis
OF COUNSEL

3