**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| SPRINGHILL AVENUE UNITED METHODIST CHURCH, INC., | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **CIVIL ACTION NO. 24-00375** ) |
| LLOYD'S OF LONDON, et al., | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties in this case, by and through their attorneys of record, and request

this Honorable Court to dismiss this case with prejudice, each party to bear their and its own costs.

Respectfully submitted this ___ day June, 2026.

　　__/s/Jonathon R. Law_____
　　JONATHON R. LAW (LAW039)
　　DANIELL, UPTON, ANDERSON,
　　LAW & BUSBY, P.C.
　　Attorney for Plaintiff
　　30421 Highway 181
　　Daphne, AL 36527
　　jrl@dupm.com
　　(251) 625-0046
　　(251) 625-0464

　　/s/ Joseph Aguirre_
　　Signed with Permission
　　WOOD SMITH HENNING & BERMAN, LLP
　　Attorney for Defendant
　　2100 Southbridge Parkway, Suite 650
　　Birmingham, AL  35209
　　659-225-3066

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on June 24, 2026, a copy of the above and foregoing has been served upon counsel for all parties by electronic mail or by placing same in the United States mail, properly addressed and postage prepaid, as follows, and/or via the Court's electronic filing system:

**WOOD, SMITH, HENNING & BERMAN LLP**
Collen V. McCaffrey
Joseph Aguirre
1230 Peachtree Street, Suite 2350
Atlanta, GA  30309

                           /s/Jonathon R. Law_____
                           JONATHON R. LAW